UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                :

SCOTTSDALE INSURANCE COMPANY,       :

                              :

                 Plaintiff,       :

                              :            21-CV-7836 (VSB)

               -against-        :

                              :           **ORDER**

BAYPORT CONSTRUCTION CORP. and     :
B.C.C., INC.,                       :

                              :

                 Defendants.  :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on September 20, 2021, (Doc. 1), and filed affidavits of service on November 18, 2021 and December 6, 2021, (Docs. 8-9). The deadline for Defendant B.C.C., Inc. to respond to Plaintiff's complaint was November 26, 2021. (*See* Doc. 8.) The deadline for Defendant Bayport Construction Corp. to respond was December 8, 2021. (*See* Doc. 9.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case against Defendants. Accordingly, if Plaintiff intends to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 3, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 21, 2021
          New York, New York

                                          _____
                                          VERNON S. BRODERICK
                                          United States District Judge