UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SCOTTSDALE INSURANCE COMPANY,           :
:
Plaintiff,   :
:                 21-CV-7836 (VSB)
-against-       :
:                      **ORDER**
:
:
BAYPORT CONSTRUCTION CORP. and          :
B.C.C., INC.,                           :
:
:
Defendants.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on September 20, 2021, (Doc. 1), and filed affidavits of service on November 18, 2021 and December 6, 2021, (Docs. 8–9). The deadline for Defendant B.C.C., Inc. to respond to Plaintiff's complaint was November 26, 2021. (*See* Doc. 8.) The deadline for Defendant Bayport Construction Corp. to respond was December 8, 2021. (*See* Doc. 9.) On December 21, 2021, I ordered Plaintiff to seek a default judgment in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 3, 2022, or otherwise risk dismissal of the case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 10.) Plaintiff has not sought default judgment against Defendants in accordance with Rule 4(H) of my Individual Rules by the deadline. It is hereby:

ORDERED that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: January 26, 2022
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge