UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SCOTTSDALE INSURANCE COMPANY,    :
:
                Plaintiff,    :
:      21-CV-7836 (VSB)
      -against-    :
:      **ORDER**
BAYPORT CONSTRUCTION CORP., et al.,    :
:
                Defendants.    :
:
------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on September 20, 2021, (Doc. 1), and filed an amended complaint adding Defendants Ross & Associates and 514 West 168th Street, LLC on February 10, 2022, (Doc. 30.)  Plaintiff filed an affidavit of service for Defendants Ross & Associates and 514 West 168th Street, LLC on February 22, 2022, (Docs. 33–34).  The deadline for Defendants Ross & Associates and 514 West 168th Street, LLC to respond to Plaintiff's complaint was March 11, 2022.  (*See id.*)  To date, Defendants Ross & Associates and 514 West 168th Street, LLC have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment against Defendants Ross & Associates and 514 West 168th Street, LLC, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 6, 2022.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation against Defendants Ross & Associates and 514 West 168th Street, LLC, I may dismiss this case against those defendants for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 23, 2022
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge