UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SCOTTSDALE INSURANCE COMPANY,  :
:
Plaintiff,  :
:      21-CV-7836 (VSB)
-against-  :
:      **ORDER**
BAYPORT CONSTRUCTION CORP., et al.,  :
:
Defendants.  :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on September 20, 2021, (Doc. 1), and filed an affidavit of service as to Defendant Ross & Associates on February 22, 2022, (Doc. 34). Defendant Ross & Associates' answer was initially due on March 11, 2022. (*See id*.) On March 17, 2022, Defendant Ross & Associates moved for an extension to respond to Plaintiff's Amended Complaint. (Doc. 41.) I granted that request, making Defendant Ross & Associates' answer due on April 10, 2022. (Doc. 43.) Defendant has not responded to the Amended Complaint. Plaintiff, however, has taken no action to prosecute this case against Defendant Ross & Associates. Accordingly, if Plaintiff intends to seek a default judgment against Defendant Ross & Associates, they are directed to do so in accordance with Rule 4(H) and Attachment A of my Individual Rules and Practices in Civil Cases by no later than April 29, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation against Defendant, I may dismiss this case against Defendant Ross & Associates for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     April 22, 2022
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge